# EXHIBIT B

**Region One Education Service Center**
1900 W. Schunior ◆ Edinburg, TX 78541 ◆ Phone (956) 984-6000  Fax (956) 984-7655

Cornelio Gonzalez, Ph.D.
Executive Director

# REGION ONE LIBRARY ADVISORY COMMITTEE/LITERACY ACTION TEAM MEETING

MINUTES OF SEPTEMBER 11, 2014
Region One Education Service Center
9:01 AM – 12:00 PM

A regular meeting of the Region One Library Advisory Committee of Region One Education Service Center, Office of Instructional Support was held on Thursday, September 11, 2014. Dr. Laura Sheneman called the meeting to order at 9:01 AM, in Region One ESC, Point Isabel Light House Room, 1900 W. Schunior Street, Edinburg, Texas.

The following members were present:

| | | | |
|---|---|---|---|
| Brownsville ISD | Felipe Reyes | Edcouch-Elsa ISD | Maria Rivera |
| Edinburg CISD | Dora Estrada | Harlingen CISD | Mireya Galvan |
| La Joya ISD | Perri Ann Huntley | Lasara ISD | Marisella Salinas |
| Los Fresnos CISD | Victoria Portier | McAllen ISD | Brenda Huston |
| Mercedes ISD | Dahlia De La Cerda | Mission CISD | Drucilla (Lolly) Pena |
| Pharr-San Juan- Alamo ISD | Nora A. Galvan | Point Isabel ISD | Melissa Moore |
| Raymondville ISD | Miguel Salinas | Roma ISD | Leticia Cadena |
| San Perlita ISD | Tina Wang | Santa Benito CISD | Linda Villarreal |
| Santa Rosa ISD | Anna Gaytan | Sharyland ISD | Nicole Cruz |
| Weslaco ISD | Elma Calvillo | | |

| | | | |
|---|---|---|---|
| IDEA Public Schools | Alisa Ozuna | Vanguard Academy | Yvette Flores |
| South Texas Educational Technologies | Norma Saenz | | |
| Juan Diego Academy (Mission) | Charlyn Trussell | | |

The following ESC staff was present:

| | |
|---|---|
| Graciela Avila | Dr. Eduardo Cancino |
| Fabiola Fuentes | Melissa Guevara |
| Magdalena Guzman | Marguerite Hornéy |
| Diana Saenz | Jose Saenz |
| Dr. Laura Sheneman | |

I. **Welcome and Introductions**
   Dr. Laura Sheneman welcomed everyone to the meeting, introduced herself and then introduced Dr. Eduardo Cancino who gave a presentation on the State of Literacy.

II. **State of Literacy in the Region One ESC Districts**
   - Eunice Garza-Zambrano gave presentation on Reading Language Arts.
   - Librarians would like the list of book selections to prepare for the STAAR test.

*Region One Education Service Center does not discriminate on the basis of age, race, color, national origin, gender or disability.*

**MINUTES OF SEPTEMBER 11, 2014**
**REGION ONE LIBRARY ADVISORY COMMITTEE/LITERACY ACTION TEAM MEETING**
**PAGE 2**

**III. Region One's Department Reports on Current Measures Supporting Reading/Literacy**
- Marguerite Hornéy spoke about free materials available for children with disabilities.
- Websites: www.learningall.org and www.bookshare.org received grants for children with print disabilities. Sharyland ISD and San Benito CISD are currently involved with these organizations. Materials are only free to K-12 students.
- Jose Saenz spoke about focus on process skills for social studies. Has session "Building Literacy through Social Studies".
- Graciela Avila spoke about migrant and parental involvement. Also about a new Early Literacy curriculum for 3 and 4 year olds.
- Melissa Guevara spoke about GEAR-UP partnership with South Texas Literacy Coalition.

**IV. Introduce RGV READS**
- Dr. Sheneman introduced RGV Reads project.

**V. Our Task: Develop a region wide literacy action plan that focuses on:**
  a. Early Literacy
  b. Secondary Student Reading
  c. District/School Wide Reading Campaigns
     o Attendees listed ideas and partners for each area listed above.

**VI. Overview of Literacy Leadership Model**
- Went through all ideas and partnerships and selected three for each area.

**VII. Breakout for Small Group Activity**
- Attendees broke into three groups to address each category and come up with an action plan.
- Early Literacy
  o Parental Involvement
  o Community Involvement
  o Get quote from vendors for books then contact a doctor or dentist to donate monies for books to be put in their offices.
- Secondary Student Reading
  o Shared Student Reading
  o TEEN Literacy Events
  o Extended "PATRON" library hours (after hours/weekend)
- District/School Wide Reading Campaigns
  o Valley wide Bluebonnet
  o Regional Battle of the Books
  o Bookmobile – monthly literacy activity/initiative

MINUTES OF SEPTEMBER 11, 2014
REGION ONE LIBRARY ADVISORY COMMITTEE/LITERACY ACTION TEAM MEETING
PAGE 2

VIII. Closing
- Dr. Sheneman set up esc1 accounts for Facebook, Twitter and Edmodo.
- Donalyn Miller is ELA Teacher who will be at Spring Extravaganza in February 2015.
- Sam Houston State University wanting to partner with Region One ESC for library certification program.
- Encourage you to bring a friend to the Fall Media Conference.
- Nora Galvan extended an invitation to attendees to PSJA ISD's 20th Annual Bright Summer Readers Spectacular Event on September 16, 2014 at 6:30 PM at PSJATHOM Dome, 1229 S. Veterans Boulevard, San Juan, Texas.
- Lucy Hansen informed everyone that South Texas ISD is one of nine satellite sites for the AASL Fall Forum scheduled on October 17-18, 2014 in St. Louis, Missouri. Invited everyone to attend at South Texas ISD site and save on travel expenses.
- South Texas ISD will have a webinar with the National Library of Medicine on September 17, 2014 at 10:30 AM.
- Meeting ended at 12:00 PM.

Minutes By: *Fabiola Fuentes*
Fabiola Fuentes, Region One ESC



| Audience | Strand | Session Title | Abstract | Lead Presenter | Second Presenter | District |
|---|---|---|---|---|---|---|
| Middle School/Jr. High | Literature | Genre-fication Of Your Library | ...circulation, easier shelving, and visual assessment of your collection. A detailed explanation of the process will be outlined for you to take and make your own to best fit your library and students. | Erica Esqueda | | Donna ISD |
| Middle School/Jr. High | Library Programming | Making Your Library Program Indispensable | ...the World Library became an indispensable part of the school through events, promotions, instruction, displays, school involvement and patron service. Follow us on Twitter @GilwayLibrary. | Nathaly Garza | | South Texas IS |
| Middle School/Jr. High | Technology | Cinema Paradiso - Using Film Throughout The Content Areas | Teachers and Librarians can use film in any subject, from a study in art design to identifying motifs, from analyzing the treatment of an ethnic group throughout a historical period to the statistics behind an actor's film career. Discover how to use the cinema in your class today! | Brooke Corso | | McAllen ISD |

## Poster Sessions: Gallery Walk
### February 13, 2015
### 2:40 - 4:00 p.m.

| Who is your primary audience? | Which strand best fits your poster session? | Session Title | Poster Session Abstracts | Lead Presenter's Name | Second Presenter's Name | Presenter's District |
|---|---|---|---|---|---|---|
| All Levels | Literature | Biography: Life Is In The Air | The purpose is to help students understand and tell the difference between a biography, an autobiography, and collective biography are. The display will have examples, call numbers, and library location for each. This display began as a Power Point presentation and could be used to help students review the material presented in the lesson. | Maria Esther Peynado | Maricela Molina | Mercedes ISD |
| All Levels | Other | Open Library Days | Invite your students to utilize the library during non-school days, holidays, summer, etc. | Rosalva Garcia | | Weslaco ISD |
| Elementary | Literature | Keep Calm & Bring Stories To Life! | How do we bring stories to life? Story time can be so much more than reading words from a page. Make read a-louds more efficient and more memorable through different activities that will impact students to fall in love with literature. | Belinda P. Saenz | Angie Hinojosa | Weslaco ISD |
| Elementary | Literature | Take A Look And Choose A Book! | Do your students have problems choosing a good book? Host a Reading Fair and allow students the opportunity to display their favorite book by creating a poster. | Delma Pedraza | | Weslaco |
| Elementary | Other | Make Students Shine! | Librarians can extend their service beyond the library by sponsoring a group. Incorporating a mentoring club helps promote students' self-esteem and leadership skills, an interest in helping others and a joy in learning from each other. | Angie Hinojosa | Belinda P. Saenz | Weslaco ISD |
| Elementary | Library Programming | Million Word Reading... Every Word Counts | Getting students to read for pleasure is always a challenge! At F.D. Roosevelt we provide a wide variety of activities to motivate students to read. Our Million Word Challenge is one of the most popular reading programs and really motivates our students to visit the Library more often. As part of this program we provide two bulletin boards that track the students' progress. At the end of each semester we provide a fieldtrip to reward students for meeting reading goals set by our Reading Committee. | Maria A. Gomez | | Weslaco ISD |
| Elementary | Library Programming | The Great Big Bow Hunt! | Host a challenging event at the end of your students reading accomplishments by having students win books or other prizes by shooting for their prize using bows and arrows designed and meant for indoor/outdoor use. Increase your students' personal reading book circulations and interest in reading due to the simple fact that they will love the chance at using these bows. | Moses Castillo | | Weslaco ISD |
| Elementary | Other | "Biography - Wax Museum" | Set up your very own Madame Tussauds Museum and let it come to life! Usually teaching Genres can be repetitive and at times boring for students but not when students get involved and are told they will make money and get to keep it! Students will enjoy using their research skills to find biographical information, dress up and role play on their favorite historical figure. Students may use props and will charge a fee of .25 cents to small groups of students for their performance. Students will give a speech on where their historical figure was born, who their parents were, and what were their most important accomplishments in life. The student who attracts the most viewers or customers will get a prize from the librarian and in addition the students get to keep the money. | Aida Mancias | | Brownsville I.S.D. |
| Middle School/Jr. High | Other | Showcasing Your Library | Showcase your library by personalizing with students' pictures and students' work. | Cynthia Perales | | Weslaco |
| Middle School/Jr. High | Technology | Skills For The 21st Century Learner | Get students excited about learning cursive writing skills through technology in the library. Students need to learn these skills for everyday life. They will learn cursive writing with specific iPAD apps designed for fun library lessons. | Velma Zapata | Rosalva Garcia | Weslaco |
| Middle School/Jr. High | Technology | 21st Century Learning @ Your Library | 21st century calls for new skills, knowledge and ways of learning to prepare students with abilities to address the challenges of a changing world. Promoting our library through coding, gaming and reading eBooks is just another way to encourage students to participate in library activities. Come see some of our exciting events. | Elsa Robles | | Weslaco ISD |
| High School | Technology | A Cafe, B.Y.O.D., eBooks, And Teens! | The purpose of our display is to share ideas which work with a Project Based Learning and Bring Your Own Device campus. What happens when you combine a cafe, a BYOD environment, a predominantly eBook collection, and teens? We use our contemporary libraries, technology, and BYOD to keep teens reading. | Ana A. Cavazos | Elizabeth Nichols | Harlingen CISD |

| | | |
|---|---|---|
| **Region One ISD – READS 2015-2016** | | **Goal Setting, Academic Activities and Plan of Action** |
| **I** II III IV V VI  1  2  **3**  4  5  6 | | Club certificates and Read to Succeed certificates. |
| **Goal:** To promote the integration of curriculum, resources, and teaching strategies to ensure the success of all students as the effective creators and users of ideas and information, enabling them to become lifelong learners. | Action: 5th Grade Graduation | Accomplished |
| | Date: May 13th | |
| **Standard:**  **Principle:**<br>**I** II III IV V VI  1  2  **3**  4  5  6 | During the 5th Graduation I will be presenting the Millionaire trophies. | |
| **Goal:** To provide information equity by working for universal literacy; defending intellectual freedom; preserving and making accessible the human record; ensuring access to print and electronic resources; connecting school faculty, staff and students to community resources and services as needed; and by connecting community members to school resources and services as appropriate. | Action: Talent Show | Accomplished |
| | Date: May 26th | |
| **Standard:**  **Principle:**<br>I II III IV **V** VI  1  **2**  3  4  5  6 | Helping with the Music teacher with the flow of the Talent Show. | |

May

| | | |
|---|---|---|
| **Goal:** To provide information equity by working for universal literacy; defending intellectual freedom; preserving and making accessible the human record; ensuring access to print and electronic resources; connecting school faculty, staff and students to community resources and services as needed; and by connecting community members to school resources and services as appropriate. | Action: Field Day | Accomplished |
| | Date: May 31st | |
| | Students have earned a Field Day due to meeting goal set by | |

| | | |
|---|---|---|
| **Region One ISD – READS 2015-2016** | | **Goal Setting, Academic Activities and Plan of Action** |
| **Standard:**  **Principle:**<br>I II III IV **V** VI  1  **2**  3  4  5  6 | Principal. The Goal is to read 130,000,000 words by May 6th. | |

Millionaire

> 1/6 match(es)

| Standard: Principle:<br>I **II** III IV V VI  1 2 **3** 4 5 6 | Using Scholastics Book Fair to help fund newly released books, incentives, and library equipment. | |
|---|---|---|
| **Goal:** To demonstrate effective school library program leadership and management throughout the school, the district, and in local, state, and national activities and associations.<br><br>Standard: Principle:<br>I **II** III IV V VI   1 2 **3** 4 5 6 | Action: Library Fundraiser<br><br>Date: Jan. 25th to Feb. 11th<br><br>The library will be making and selling Valentine Grams to be passed out on the Feb. 11th to fundraise for Millionaire trip, Book club, reading challenges and library night activities. | **Accomplished**<br><br>**Feb. 12, 2016** |

uary

Region One ISD – READS 2015-2016        Goal Setting, Academic Activities and Plan of Action

| **Goal:** To provide design guidelines for facilities to allow for manipulation, production and communication of information by all members of the learning community.<br><br>Standard: Principle:<br>I II III **IV** V VI    1 2 3 **4** 5 6 | Action: Parent Involvement Meeting<br><br>Date: Jan, 28th, 2016<br><br>Will get together with campus Parent Educator to attend her meeting with parents to discuss children 0- 3 reading. Parents that attend will receive books for their children. | **Accomplished**<br><br>Jan. 28th, 2016 |
|---|---|---|
| **Goal:** To promote the success of all students and staff by: providing information equity; working for universal literacy; defending intellectual freedom; preserving and making accessible the heritage of all cultures; and ensuring that equal access to resources in all formats is available for everyone.<br><br>Standard: Principle: | Action: Why La Joya? Meeting<br><br>Date: Jan. 27th, 2016<br><br>Will meet with Alma Salinas to discuss our role in the Why La | **Accomplished**<br><br>Jan. 27th, 2016 |

Millionaire   > 3/6 match(es)

| Goal | Action | Status |
|---|---|---|
|  | ...will get familiarized with the school that their children attend and enjoy some music, Mini Mani from the Cosmetology department (UCAS) and visit the book fair in the library. |  |
| **Goal:** To promote the integration of curriculum, resources, and teaching strategies to ensure the success of all students as the effective creators and users of ideas and information, enabling them to become lifelong learners.<br><br>**Standard:**   **Principle:**<br>**I** II III IV V VI  1  2  **3**  4  5  6 | **Action:** State STAAR Testing<br><br>**Date:** May 9, 10, & 11th<br><br>Help benchmark test for the Star Math & Reading & Science | Accomplished<br><br>May 9, 10, 11th |

**May**

| Goal | Action | Status |
|---|---|---|
| **Goal:** To demonstrate effective school library program leadership and management throughout the school, the district, and in local, state, and national activities and associations.<br><br>**Standard:**   **Principle:**<br>I **II** III IV V VI  1  2  **3**  4  5  6 | **Action:** Millionaire Field Trip<br><br>**Date:** May 12th<br><br>Students that met the Millionaire Reader criteria will be invited to a field trip on a Limo ride to Main Event, | Accomplished |

Region One ISD – READS 2015-2016      Goal Setting, Academic Activities and Plan of Action

| Goal | Action | Status |
|---|---|---|
|  | Russo's Pizza and a gift card to Toy R Us. |  |
| **Goal:** To promote the integration of curriculum, resources, and teaching strategies to ensure the success of all students as the effective creators and users of ideas and information, enabling them to become lifelong learners.<br><br>**Standard:**   **Principle:**<br>**I** II III IV V VI  1  2  **3**  4  5  6 | **Action:** Kinder Graduation<br><br>**Date:** May 13th<br><br>During the Kinder Graduation I will be presenting the top 10 Students that read the most books this school year with a trophy. | Accomplished |
| **Goal:** To promote the integration of curriculum, resources, and teaching strategies | **Action:** Moon Jump Celebration Honor Roll Classrooms | Accomplished |