# EXHIBIT C



# Region One Education Service Center
### Students First



| Home | About Us | Divisions | Workshops | Programs & Services | Schools | Students |

Region One ESC ▶ Programs & Services ▶ Library Services and Instructional Resources

## Library Services and Instructional Resources

- Home
- Cooperatives
- E-rate
- Fall Media Conference
- Instructional Materials Allotment
- Librarian Honors
- Library Leadership Network
- Partnerships
- RGV READS
- School Librarian Resources
- Workshops and Conferences

## 2016-2017 Library Leadership Network Meeting Documents

### Library Leadership Network Meeting Calendar

**Contact Information**

Dr. Laura Sheneman
Coordinator
Email: lsheneman@esc1.net
Phone: 956.984.6055
Fax: 956.984.7600

Fabiola Fuentes
Program Assistant
Email: ffuentes@esc1.net
Phone: 956.984.6072
Fax: 956.984.7600

### September 8, 2016

- Agenda
  David Bowles - Presentation and Menu of Sessions (free visit if owed visit from Pat Anderson)
  High School to College (Draft)
  Typical Full-day Workshop Outline (Proposal)
  Rickey Pittman - Available November 10,15,16 (free visit if owed visit from Pat Anderson)
  Claudia Villarreal
- Minutes

### October 2016

- No meeting will be held

### November 10, 2016

- Agenda
- Minutes

### December 8, 2016

- Agenda
- Minutes

### January 19, 2017

- Agenda
- Minutes

### February 2017

- No meeting will be held.

### March 2, 2017

- Agenda
- Minutes

### April 13, 2017

- Agenda
- Minutes

### May 11, 2017

- Agenda
- Minutes

Last Modified Today at 9:44 AM

---

Region One Education Service Center
1900 W. Schunior
Edinburg, TX 78541

Phone: (956) 984-6000
Fax: (956) 984-7655

Staff Intranet

Blackboard Schoolwires Privacy Policy (Updated) | Terms of Use

Questions or Feedback? 



Per HB 462, resources and services provided by Region One




http://www.esc1.net/Page/2238

# Region One Education Service Center
## Students First

Employment   Workshops

**Home | About Us | Divisions | Workshops | Programs & Services | Schools | Students**

Region One ESC ▸ Programs & Services ▸ Library Services and Instructional Resources

## Library Services and Instructional Resources

- Home
- Contacts
- Fall Media Conference
- E-rate
- ESC One Virtual Library
- Instructional Materials
- Library Leadership Network
- Library Purchasing Cooperative
- Library Services Cooperatives
- Partnerships
- RGV READS
- School Librarian Resources
- Training Opportunities

# 2015-2016 Library Leadership Network Meeting Documents

**Library Leadership Network Meeting Calendar**

### Contact Information

Dr. Laura Sheneman
Coordinator
Email: lsheneman@esc1.net
Phone: 956.984.6055
Fax:   956.984.7600

Fabiola Fuentes
Program Assistant
Email: ffuentes@esc1.net
Phone: 956.984.6072
Fax:   956.984.7600

### September 10, 2015

- Agenda
- Minutes

### October 15, 2015

- Agenda
- Minutes

### November 12, 2015

- Agenda
- Minutes

### December 10, 2015

- Agenda
- Minutes

### January 14, 2016

- Agenda
- Minutes

### February 2016

- No meeting will be held.

### March 10, 2016

- Agenda
- Minutes

### April 7, 2016

- Agenda
- Minutes

### May 12, 2016

- Agenda
- Minutes